U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 5 2005

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-50133-01/02 |
| versus | JUDGE S. MAURICE HICKS, JR. |
| WILLIAM A. CAUSEY and SCOTT H. HITT | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that:

1. Defendant Causey be ordered to pay restitution to AV immediately in one lump-sum payment of $219,206;

2. Defendant Hitt be ordered to pay restitution to AV immediately in one lump-sum payment of $219,206;

3. Each Defendant be jointly and severally liable for the amount of $219,206, without apportionment of liability between them; and

4. All restitution payments shall be sent and made payable to the Clerk of Court, United States District Court, Western District of Louisiana, Shreveport Division.

An amended judgment (AO 245C) as to each Defendant will issue herewith to set forth these terms of restitution.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 25 day of October, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE