# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 04-cr-50133-01 |
| VERSUS | JUDGE HICKS |
| WILLIAM A. CAUSEY | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

The court has reviewed the medical records of A.V. that were subpoenaed by Dr. Causey from Brentwood, Parkwood, Region 8 Mental Health Services, and Millcreek. The court finds that those medical records should be provided to counsel for Dr. Causey for possible use in connection with his 2255 motion. The records consist of approximately 1,200 pages, some of which are two-sided.

Dr. Causey's counsel has informed the court that Choice copy service in Shreveport has been retained to number and copy the documents so that both Causey and the Government will have a set of the documents. The court will contact Choice and alert them that the documents are ready to be picked up from chambers.

The records shall be treated as strictly confidential. The parties shall not use the medical records for any purpose except in connection with Dr. Causey's 2255 motion.

The court, consistent with the policy of not filing discovery materials, will not keep a copy. The parties shall not file the records into the court record unless absolutely necessary. If such a necessity arises, the records must be filed under seal.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 1st day of May, 2009.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE